# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**RODNE' DAVIS-MOAB**                                              **PLAINTIFF**

**VS.**                              **CIVIL ACTION NO.: 2:18-CV-217-KS-MTP**

**BILL BRYANT AND D.G. FOODS**                          **DEFENDANTS**

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties announce that this case has been resolved, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties stipulate to dismissal with prejudice of the case and all of Plaintiff's claims. Thus, by this stipulation, this case and all claims of Plaintiff are dismissed with prejudice, with each side to bear its own costs and attorneys' fees.

Jointly stipulated, and respectfully submitted this the 31st day of May, 2019.

AGREED TO AND STIPULATED BY:

_____
**RODNE' DAVIS-MOAB**
*Pro Se Plaintiff*

_____
**MARTIN J. REGIMBAL, ESQ.**
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this day the foregoing was served via Federal Express delivery on:

Rodne' Davis-Moab
504 Melba Ave.
Hattiesburg, Mississippi 39401
(845) 777-5010
striving573@gmail.com

*Plaintiff*

*Pro Se Plaintiff*
THIS, the 3/31 day of May, 2019.

_____
MARTIN J. REGIMBAL